# UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

vs.

KELVIN TURNER

CASE NUMBER: 8:03-cr-184-T-30EAJ
USM NUMBER: 41193-018

Defendant's Attorney: James W. Smith, III, pda.

Date of Previous Judgment: March 12, 2004
(Use Date of Last Amended Judgment if Applicable)

## Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

IT IS ORDERED that the motion is:
☐ DENIED.   ☒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __146__ months is **reduced to** __120__ months.

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

Previous Offense Level: __28__    Amended Offense Level: __26__
Criminal History Category: __V__    Criminal History Category: __V__
Previous Guideline Range: __130__ to __162__ months    Amended Guideline Range: __120__ to __137__ months

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range application to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☒ Other (explain): Based on a total offense level of 26 and a criminal history category of V, the guideline imprisonment range is 110 - 137 months. However, the mandatory minimum is 10 years; therefore, the guidelines range is 120 to 137 months.

### III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated March 12, 2004 shall remain in effect.

**IT IS SO ORDERED.**

Order Date: __May 6, 2008__

Effective Date: _____
(if different from order date)

_____
Judge's signature

_____
Printed name and title